SHIRLEY H. FEASTER AND WILLIAM N. FEASTER, 3RD, BY HIS GUARDIAN *AD LITEM*, SHIRLEY H. FEASTER, PLAINTIFFS-RESPONDENTS, v. OLD SECURITY LIFE INSURANCE COMPANY, A MISSOURI CORPORATION, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued April 25, 1966—Decided April 28, 1966.

Before Judges GOLDMANN, FOLEY and COLLESTER.

*Mr. Allan Maitlin* argued the cause for appellant (*Messrs. Feuerstein and Sachs,* attorneys).

*Mr. Paul R. Kramer* argued the cause for respondents (*Messrs. Powell and Davis,* attorneys).

PER CURIAM. The judgment is affirmed essentially for the reasons stated by Judge A. C. Wood, whose opinion is reported at 87 *N. J. Super.* 339 (*Law Div.* 1965).